FILED

JAN -7 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>            )<br>        Plaintiff,    )<br>            )<br>    v.        )<br>            )<br>JOSE ALFREDO VELAZQUEZ,    )<br>    a/k/a "Jose Alfredo Velasquez-    )<br>        Cabazos," or "Jose Alfredo    )<br>        Velasquez-Cavazos,"    )<br>ADRIAN LEMONS,        )<br>    a/k/a "AD," or "D,"    )<br>ANTHONY JORDAN,        )<br>    a/k/a "TT," or "Godfather,"    )<br>DWAYNE RAINEY,        )<br>    a/k/a "Fat Boy,"    )<br>JUAN RAMON GARZA,        )<br>LUIS FERNANDO CANTU,        )<br>    a/k/a "Luis Gonzales-Cantu,"    )<br>JOSE EDUARDO CAVAZOS,        )<br>DERRICK TERRY,        )<br>    a/k/a "D Boy,"    )<br>LARON COLEMAN,        )<br>    a/k/a "Big Dog," or "Chub,"    )<br>LOUIS FELTON,        )<br>GERRY CUSHSHON,        )<br>SAMIR SIMPSON-BEY,        )<br>    a/k/a "Mir,"    )<br>CLARENCE MILLER,        )<br>DEMETRIUS O'NEAL,        )<br>    a/k/a "Demetrius Oneal,"    )<br>MAURICE WOODSON,        )<br>    a/k/a "Blue," or "Lil Blue,"    )<br>GREGORY KNOX,        )<br>    a/k/a "Capone," and    )<br>LARRY BOYD,        )<br>    a/k/a "Billy Blood,"   AND    )<br>GLORIA WARD,        )<br>            )<br>        Defendants.    ) | S1- 4:15 CR 00404 HEA (NAB) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Michael A. Reilly, Assistant United States Attorney, and enters his appearance on behalf of the United States as co-counsel along with Thomas Rea, who has already entered his appearance in the above-referenced matter

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

MICHAEL A. REILLY, #43908MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200