UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **01/15/2016**   Judge **NANNETTE A. BAKER**   Case No. **4:15CR404 HEA/NAB-2**

UNITED STATES OF AMERICA v. **Adrian Lemons**

Court Reporter **FTR**   Deputy Clerk **C. Kornberger**

Assistant United States Attorney(s) **Tom Rea**

Attorney(s) for Defendant(s): **Mike Fagras**

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance ☐ Supervised Release Rev. ☐ Detention Hearing ☐ Preliminary Revocation
☑ Arraignment ☐ Bond Review ☐ Probation
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☐ In Court Hrg (WAIVER OF MOTIONS) ☐ Competency
  ☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

Additional Information: _____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond ☐ Secured by 10%

  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☑ Defendant arraigned   ☑ Waives reading of indictment/information   ☐ Matter taken under advisement

☑ Plea entered not guilty **8cts-**   Order on pretrial motions:   ☐ issued   ☑ to issue

☐ Oral Motion for Suppression   ☑ Oral Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____ Before _____

☑ Remanded to custody   ☐ Released on bond
Next hearing date/time **3/16/16 @ 9:30 AM**   Type of hearing **Counsel only Status Conf.** Before **NAB**
Proceeding commenced **9:28 am**   Proceeding concluded **9:35 AM**   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.

☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.